1

DONALD AMAMGBO, ESQ.
AMAMGBO & ASSOCIATES

2

7901 Oakport Street, Suite 4900
Oakland, California 94621

3

Telephone:  (510) 615-6000
Facsimile:  (510) 615-6025

4

5

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP

6

223 25th Street
Richmond, California 94804

7

Telephone:  (510) 237-9700
Facsimile:  (510) 237-4616

8

9

Attorneys for Plaintiff

10

11

IN THE UNITED STATES DISTRICT COURT

12

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| ROBERT CASTEEL III, UCHENNA UDEMEZUE, STEVE IKE, individually and on behalf of themselves and all others similarly situated, | Case No.  07-cv-06343<br><br>MDL No.:  1913 |
| Plaintiffs, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE [F.R.C.P. Section 41(a)(1)] |
| AIR NEW ZEALAND, ALL NIPPON AIRWAY, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLNES, THAI AIRWAYS, UNITED AIRLINES, | |
| Defendants. | |

15

16

17

18

19

20

21

22

23

24

25

26

27

TO THE COURT AND ALL PARTIES HEREIN:

28

NOTICE OF VOLUNTARY DISMISSAL OF NORTHWEST AIRLINE WITHOUT PREJUDICE

1       Please take notice that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

2  Plaintiffs Robert Casteel III, Uchenna Udemezue and Steve Ike voluntarily dismiss defendant

3  Northwest Airlines from all claims made herein, that is in Case No.: 07-cv-06343, without

4  prejudice.

5  DATED: 2/19/08

6  By: _____

7       DONALD AMAMGBO, ESQ.
        AMAMGBO & ASSOCIATES

8       7901 Oakport Street, Suite 4900
        Oakland, California 94621

9       Telephone: (510) 615-6000
        Facsimile: (510) 615-6025

10

11      REGINALD TERRELL, ESQ.
        THE TERRELL LAW GROUP

12      223 25th Street
        Richmond, California 94804

13      Telephone: (510) 237-9700
        Facsimile: (510) 237-4616

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL OF NORTHWEST AIRLINE WITHOUT PREJUDICE

PROOF OF SERVICE

I, certify and declare under penalty of perjury that I: am a citizen of the United States and am employed in the County of Contra Costa, California, am over 18 years old and my business address is 223 25th Street, Richmond, California.  I am not a party to or interested in the cause entitled upon the document to which this proof of service is affixed; and that I served a true and correct copy of the following document in the manner indicated below:

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE [F.R.C.P. Section 41(a)(1)]

BY USDC ECF:  By USDC Live System-Document Filing System on all interested parties registered for e-filing.

By US Mail:  I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at Richmond, CA that same day in the ordinary course of business.

Honorable Charles R. Breyer, United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom 8, 19th Floor, San Francisco, CA 94102; Richard Pollard Kinnan, 10100 Santa Monica Blvd., 16th Fl, Los Angeles, CA 9067; Nanci Nishimura, Cotchett Pitre Simon & McCarthy, 840 Malcolm Road, #200, Burlingame, CA 94010 and Nathan A. Haynes Cadwalader, Wickersham & Taft LLP, 1 World Financial Center, New York, New York 10281

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 19, 2008 at Oakland, California.

REGINALD TERRELL

CLASS ACTION COMPLAINT
1